■ In the Matter of DANIEL N. KOHN, Deceased. JOEL M. HOCKETT, as Executor of DANIEL N. KOHN, Deceased, Appellant; BARBARA LUTZ, Also Known as BARBARA KOHN, Respondent. [39 NYS3d 825]—In a probate proceeding in which Joel M. Hockett petitioned pursuant to SCPA 2103 to recover certain property on behalf of the decedent's estate, Joel M. Hockett appeals, as limited by his brief, from so much of an order of the Surrogate's Court, Suffolk County (Czygier, Jr., S.), dated June 30, 2014, as granted the motion of Barbara Lutz, also known as Barbara Kohn, for summary judgment on her fifth counterclaim, and denied those branches of his cross motion which were for summary judgment dismissing that counterclaim and, in effect, making a certain declaration.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order dated June 30, 2014, must be dismissed because the portions of the order appealed from were superseded by an order dated June 30, 2015, made upon renewal (*see Matter of Kohn*, 144 AD3d 684 [2016] [decided herewith]; *Matter of Hershkowitz*, 99 AD3d 906 [2012]). Hall, J.P., Austin, Miller and Maltese, JJ., concur.